# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MATTHEW LANE**                                                        **PLAINTIFF**

**V.**                          **No. 3:25-CV-00285-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                        **DEFENDANT**

### JUDGMENT

Consistent with today's Order, this case is DISMISSED with prejudice.

Judgment is entered in favor of Defendant.

Dated 9 July 2026.

_____
UNITED STATES MAGISTRATE JUDGE